**Order entered August 5, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-00370-CR

**GERALD ALZONO JACKSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-76031-N**

## ORDER

Before the Court is appellant's July 29, 2022 motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief received on August 3, 2022 filed as of the date of this order.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE